**Gary BLACK, Plaintiff-Appellant**

v.

**MONEYGRAM PAYMENT SYSTEMS, INC.; Wal-Mart Stores, Inc., Defendants-Appellees**

No. 16-3265

United States Court of Appeals, Eighth Circuit.

Submitted: March 2, 2017

Filed: March 13, 2017

Gary Black, Pro Se

Daniel Wallace Berglund, Grotefeld & Hoffmann, Minneapolis, MN, Howard L. Lieber, Grotefeld & Hoffmann, Chicago, IL, for Defendant-Appellee

Before COLLOTON, ARNOLD, and KELLY, Circuit Judges.

PER CURIAM.

Gary Black appeals following the district court's[1] adverse grant of summary judgment in his diversity action. After careful review of the record below, the parties' submissions on appeal, and the issues properly before us, see Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir. 2012) (standard of review in reviewing grant of summary judgment), we conclude that the district court properly granted summary judgment on the record before it, and that Black's arguments for reversal lack merit.

---

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

1. The Honorable Audrey G. Fleissig, United States District Court Judge for the Eastern District of Missouri.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.